1  RYAN WORKS (NSB# 9224)
   MCDONALD CARANO WILSON LLP
2  2300 W. Sahara Avenue, Suite 1200
   Las Vegas, NV  89102
3  Telephone: 702.873.4100
   rworks@mcwlaw.com
4
   *Attorneys for Defendant First Hawaiian Bank*
5
## UNITED STATES DISTRICT COURT
6
## DISTRICT OF NEVADA
7

| WARLES P. PACPACO,<br><br>                Plaintiff,<br><br>vs.<br><br>FIRST HAWAIIAN BANK, AND EQUIFAX INFORMATION SERVICES, LLC,<br><br>                Defendants. | Case No. 2:15-cv-00255-GMN-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
|---|---|

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff **WARLES P. PACPACO**, by and through his counsel David H. Krieger, Esq. of the law firm Haines & Krieger, LLC and Defendant **FIRST HAWAIIAN BANK**, by and through its counsel Ryan Works, Esq. of the law firm McDonald Carano Wilson LLP and hereby stipulate to dismiss all claims against Defendant **FIRST HAWAIIAN BANK** with prejudice, with each party to bear its own fees and costs.

Dated this 28th day of May, 2015.

| HAINES & KRIEGER, LLC | MCDONALD CARANO WILSON LLP |
|---|---|
| */s/ David H. Krieger* | */s/ Ryan J. Works* |
| DAVID H. KRIEGER, ESQ. (NSB# 9086) | RYAN WORKS (NSB# 9224) |
| 8985 s. Eastern Avenue, Suite 130 | 2300 W. Sahara Avenue, Suite 120 |
| Henderson, NV 89123 | Las Vegas, NV  89102 |
| dkrieger@hainesandkrieger.com | rworks@mcwlaw.com |
| *Attorneys for Plaintiff Warles P. Pacpaco* | *Attorneys for Defendant First Hawaiian Bank* |

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court
**DATED:  06/02/2015**